174 So. 908

**George WINCHESTER v. STATE.**

**8 Div. 533.**

Court of Appeals of Alabama.
May 25, 1937.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 926

**Ed WINN v. STATE.**

**8 Div. 167.**

Court of Appeals of Alabama.
March 24, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

165 So. 924

**Cecil WOOD v. STATE.**

**7 Div. 166.**

Court of Appeals of Alabama.
Jan. 16, 1936.

PER CURIAM.
Appeal dismissed; appellant granted new trial in court below.

165 So. 924

**Omri WOOD v. STATE.**

**6 Div. 906.**

Court of Appeals of Alabama.
Feb. 4, 1936.

BRICKEN, Presiding Judge.
New trial granted; remanded to lower court.

165 So. 924

**E. J. WOODS v. CITY OF PIEDMONT.**

**7 Div. 162.**

Court of Appeals of Alabama.
Jan. 16, 1936.

PER CURIAM.
Appeal dismissed for want of prosecution.

170 So. 927

**Cleo Henry WOODS v. STATE.**

**5 Div. 2.**

Court of Appeals of Alabama.
Nov. 27, 1936.

SAMFORD, Judge.
Appeal dismissed.

170 So. 924

**Cleo Henry WOODS v. STATE.**

**5 Div. 997.**

Court of Appeals of Alabama.
Nov. 24, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 915

**Mack WOOLUM v. STATE.**

**7 Div. 253.**

Court of Appeals of Alabama.
Oct. 8, 1936.

J. A. Johnson, of Fort Payne, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.